■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALONZO S. TAYLOR, Appellant. [666 NYS2d 440] —Appeal by the defendant from a judgment of the Supreme Court, Dutchess County (Dolan, J.), rendered October 11, 1995, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions that the court breached the plea agreement by imposing restitution, and failed to conduct a hearing to determine the amount of restitution and the